

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/19/2015

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 14-30315–H5-7 |
| BARBARA HENLEY | § | |
| | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

## ORDER

**CAME ON FOR CONSIDERATION,** the Trustee's Motion to Deposit Funds into the Court Registry under 11 U.S.C. §347(b), and the Court, having considered the Motion, is of the opinion that the Motion is well taken and the Court further finding that notice of same Motion is not required, therefore it is

**ORDERED**, that Janet S. Northrup, Trustee, is authorized to deposit the funds in the amount of $6,237.73, which is more particularly described in **Exhibit "A"** attached hereto, now held by her in the above styled and numbered case, together with any accrued interest thereon, into the Registry of the Court.

Signed: October 19, 2015

_____
Karen K. Brown
United States Bankruptcy Judge

2933878v1:HENLEY:001

**EXHIBIT "A"**

UNCLAIMED FUNDS

| Name and Address | Claim No. | Amount |
|---|---|---|
| Internal Revenue Service<br>P. O. Box 21126<br>Philadelphia, PA 19114 | 2 | $ 6,237.73 |
| | TOTAL | $ 6,237.73 |

2933878v1:HENLEY:001